\*\*E-Filed 11/12/08\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VALASSIS COMMUNICATIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEWS AMERICA INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case Number MC 08-80217 JF (RS)<br><br>ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>[re: docket no. 8 ] |

　　　　On November 7, 2008, Defendants filed an administrative motion to consider whether case number MC 08-80220 JW (PVT) should be related to the instant case. That motion is GRANTED. The Clerk of the Court shall reassign case number MC 08-80220 JW (PVT) to the undersigned judge. The case shall be referred to Magistrate Judge Seeborg for all discovery issues.

　　　　IT IS SO ORDERED.

DATED:　11/12/08

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1  Copies of Order served on:
2
3  J. Christopher Mitchell chris.mitchell@hellerehrman.com
4  June Tsu-Ain Tai jtai@fbm.com, calendar@fbm.com, dlynch@fbm.com
5  Neil A. Goteiner ngoteiner@fbm.com, calendar@fbm.com, karentsen@fbm.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Case No. MC 08-80217 JF (RS)
ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
(JFLC2)